# United States Court of Appeals

## For the Seventh Circuit
## Chicago, Illinois 60604

November 9, 2017

### Before

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 16-3658<br><br>ANTHONY D. KOLTON and S. DAVID GOLDBERG,<br>　*Plaintiffs-Appellants*,<br><br>　　*v.*<br><br>MICHAEL W. FRERICHS, Treasurer of Illinois,<br>　*Defendant-Appellee*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 16 C 3792<br>Charles P. Kocoras, *Judge*. |

### Order

The opinion of this court issued on August 22, 2017, is amended as follows:

Page 6, "See *Muscarello v. Ogle Board of Commissioners*, 510 F.3d 416, 422 (7th Cir. 2012)." should be "See *Muscarello v. Ogle Board of Commissioners*, 610 F.3d 416, 422 (7th Cir. 2010).".